STATE OF CONNECTICUT *v.* WILLIE J. PEAY

The application by Herbert G. Appleton to withdraw as counsel on behalf of the defendant in the appeal from the Superior Court in Hartford County is granted.

*Herbert G. Appleton,* special public defender, on the motion.

*Richard E. Maloney,* assistant state's attorney, for the appellee (state).

Argued June 3—decided June 3, 1975

ALFRED SCHOCK *v.* JOSEPH LOHENITZ

It appearing that the appeal in the above-entitled case has not been pursued with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.